**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Leo Sure CHIEF, Jr., Defendant— Appellant.**

**No. 06-30453.**

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2007 *.

Filed May 14, 2007.

Joseph E. Thaggard, Esq., USGF—Office of the U.S. Attorney, Great Falls, MT, for Plaintiff–Appellee.

Michael Donahoe, Esq., FDMT—Federal Defenders of Montana, Helena Branch, Helena, MT, for Defendant–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: PREGERSON, RYMER, and GRABER, Circuit Judges.

**MEMORANDUM** **

Leo Sure Chief, Jr., appeals the district court's denial of his motion for a new trial under Federal Rule of Criminal Procedure 33. Sure Chief's argument is foreclosed by *Lindsey v. United States,* 368 F.2d 633, 636 (9th Cir.1966).

*United States v. Davis,* 960 F.2d 820, 825 (9th Cir.1992), is not to the contrary because B.V.'s testimony was corroborated by Sure Chief's own confession. Sure Chief offers reasons to doubt his confession, as he did at trial. But even assuming that B.V.'s repudiated recantation totally destroys her credibility (contrary to the district court's conclusion), the inquiry is: "was there sufficient evidence apart from [B.V.'s] testimony to permit a reasonable jury to find [Sure Chief] guilty beyond a reasonable doubt?" *Id.* Because a reasonable jury could believe Sure Chief's confession, and disbelieve his explanation for it, the answer is "yes."

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.